IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-03200-REB-BNB | Date: | March 31, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| TELETECH HOLDINGS, INC., | *Meghan W. Martinez* |
| **Plaintiff(s)** | |
| v. | |
| SUTHERLAND GLOBAL SERVICES, INC., | *Brent Thomas Johnson* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  2:58 p.m.

Appearance of counsel.

Argument held on Plaintiff's Motion for Protective Order [20] filed on February 23, 2014.

For reasons stated on the record, it is

**ORDERED:   Plaintiff's Motion for Protective Order [48] is GRANTED as specified on the record. Counsel to submit a revised Protective Order by April 7, 2014.**

Court in Recess:  3:32 p.m.    Hearing concluded.    Total time in Court:  00:34

---

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119