IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-03200-REB-BNB

TELETECH HOLDINGS, INC.,

Plaintiff,

v.

SUTHERLAND GLOBAL SERVICES, INC.,

Defendant.

___

# ORDER
___

This matter arises on the **Plaintiff's Motion for Protective Order** [Doc. # 20, filed 2/23/2014] (the "Motion").  I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion [Doc. # 20] is GRANTED as specified; and

(2)     On or before April 7, 2014, the parties shall submit a revised form of protective order modified as discussed at the hearing today.

Dated March 31, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge