IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03200-REB-BNB

TELETECH HOLDINGS, INC.,

Plaintiff,

v.

SUTHERLAND GLOBAL SERVICES, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Withdraw Motion to Compel** [docket no. 42, filed April 16, 2014] (the "Motion").

IT IS ORDERED that Motion is GRANTED.  The hearing set for April 18, 2014, is VACATED and the Motion to Compel [34] is DENIED AS WITHDRAWN.


DATED:  April 17, 2014