IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03200-REB-BNB

TELETECH HOLDINGS, INC.,

Plaintiff,

v.

SUTHERLAND GLOBAL SERVICES, INC.,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  Pursuant to a call from plaintiff's counsel, it has come to the attention of the Court that this matter has been resolved.

  IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **July 1, 2014**, or a status report addressing why dismissal has not been accomplished.

  IT IS FURTHER ORDERED that the hearing on the Plaintiff's Motion to Compel set for **June 25, 2014**, is **VACATED**, and the Motion to Compel [51] is DENIED AS MOOT.

DATED:  June 17, 2014