IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 13-cv-03200-REB-BNB

TELETECH HOLDINGS, INC.,

    Plaintiff,

v.

SUTHERLAND GLOBAL SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#63][1] filed July 1, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#63] filed July 1, 2014, is **APPROVED**;

    2. That the combined Final Pretrial Conference and the Trial Preparation Conference set November 14, 2014, are **VACATED**;

    3. That the trial to the court set to commence November 17, 2014, is **VACATED**;

---

[1] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 7, 2014, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge